# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael L. Horn<br>                    Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC<br>                    Movant<br>      vs.<br>Michael L. Horn<br>                    Debtor | NO. 16-13708 AMC |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  21st  day of  February , 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on  January 4, 2017  does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

cc: See attached service list

Ashely M. Chan
United States Bankruptcy Judge

Michael L. Horn
612 Cobblestone Lane
Lancaster, PA 17601

Michael D. Hess Esq.
1672 Manheim Pike
Lancaster, PA 17601

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532