# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
|  | : | **Case No. 16-13708-amc** |
| **Michael L. Horn** | : |  |
|  | : |  |
| **Debtor(s)** | : | **Chapter 13** |

## PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM SPECIALIZED LOAN SERVICING, LLC
## (PROOF OF CLAIM #9-1)

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of Claim #9, Specialized Loan Servicing, LLC, which was filed on February 6, 2017, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:   /s/  Michael D. Hess
      Michael D. Hess, Esquire
      Attorney for Debtor
      1672 Manheim Pike
      Lancaster, PA  17601
      (717) 391-2911