**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO: 16-13708-amc | |
| Michael L. Horn | : | | |
| | : | | |
| Debtor(s) | : | CHAPTER 13 | |

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

1. Admitted.

2. Admitted.

3 Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

WHEREFORE, Debtor seeks an Order denying this Motion.

Respectfully submitted,

Dated: April 19, 2017   By: /s/ Michael D. Hess
Michael D. Hess, Esquire
Pa. I.D.# 63650
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA 17601
(717) 391-2911