**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 16-13708-AMC

MICHAEL L. HORN

612 Cobblestone Lane

Lancaster, PA 17601

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL L. HORN

    612 Cobblestone Lane

    Lancaster, PA 17601

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. HESS
    BURKE & HESS
    1672 MANHEIM PK
    LANCASTER, PA 17601-

Date: 4/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee