```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-13708-amc
Michael L. Horn                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 26, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db            +Michael L. Horn,    612 Cobblestone Lane,    Lancaster, PA 17601-3361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael L. Horn,<br><br>　　　　　Debtor | Chapter 13<br><br>Case No.: 16-13708-amc |
| Nationstar Mortgage LLC,<br>　　　　　Movant,<br>vs.<br>Michael L. Horn,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | |

**ORDER**
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on April 24, 2017 with regard to the above matter is APPROVED.

**Date: April 26, 2017**　　　　　_____

　　　　　　　　　　　　　　　　　　　Hon. Ashely M. Chan, U.S.B.J.

217022-7