**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　　Michael L. Horn<br>　　　　　　Debtor<br><br>Nationstar Mortgage, LLC,<br>　　　　　　Movant,<br>vs.<br>Michael L. Horn,<br>　　　　　　Debtors / Respondents,<br>and<br>William C. Miller,<br>　　　　　　Trustee / Respondent. | Chapter 13<br><br>Case No.:  16-13708-amc |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __26th__ day of __March_____, 20__18__, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 111 Cobblestone Lane, Lancaster, PA 17601;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ashley M. Chan, U.S.B.J.