## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-13708 |
| | : | |
| Michael L. Horn | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

To:   To all interested parties

Movant, the Debtor in this bankruptcy proceeding have filed a Motion to Reconsider Relief Order dated March 26, 2018 and Re-instate Bankruptcy Stay with the Court.

<u>YOUR RIGHTS MAY BE AFFECTED.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1.   If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 17, 2017 you or your attorney must do <u>all</u> of the following:

(a)   file an answer explaining your position at The United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to the Movant's attorney at:

Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on May 8, 2018 at 11:00 a.m. in Courtroom 5, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one has filed an answer.

**Dated: March 27, 2018**