United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13708-amc
Michael L. Horn                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 26, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             #+Michael L. Horn,     612 Cobblestone Lane,    Lancaster, PA 17601-3361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com
        ANDREW  SPIVACK   on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
        BRIAN CRAIG NICHOLAS   on behalf of Creditor    Specialized Loan Servicing LLC
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor    Specialized Loan Servicing LLC
         ecfmail@mwc-law.com
        KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
        MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
        MARY F. KENNEDY   on behalf of Creditor    First Tennessee Bank, National Association
         mary@javardianlaw.com,   tami@javardianlaw.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        MICHAEL D. HESS   on behalf of Debtor Michael L. Horn  amburke7@yahoo.com
        THOMAS I. PULEO   on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Michael L. Horn

              Debtor

Nationstar Mortgage, LLC,

              Movant,

vs.

Michael L. Horn,

              Debtors / Respondents,

and

William C. Miller,

              Trustee / Respondent.

Chapter 13

Case No.:  16-13708-amc

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __26th__ day of ___March___, 20__18__, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 111 Cobblestone Lane, Lancaster, PA 17601;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

BY THE COURT:

_____

Ashley M. Chan, U.S.B.J.