# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**

                                                    **:**     **BANKRUPTCY NO: 16-13708-amc**

**Michael L. Horn**                      **:**

                                                    **:**

              **Debtor(s)**     **:**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Hess, counsel for Debtor(s), hereby certify that the Application for Compensation was served on all interested parties at the addresses listed on the Certificate of Service attached to the Application and that no objection, answer, or other responsive pleading or request for hearing has been received by Counsel for the Debtor(s) and requests that the Order attached to the Application be entered by the Court.

                                                  /s/ Michael D. Hess
                                                  Michael D. Hess, Esq.
                                                    Burke & Hess
                                                    1672 Manheim Pike
                                                    Lancaster PA 17601

Dated: April 18, 2018