UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael L. Horn  :  CASE NO: 16-13708-amc
:
:  CHAPTER 13
:
DEBTOR  :

## ORDER

AND NOW, this __19th__ day of __April__, 2018 upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved and the applicant may receive fees of $7,118.00 and $161.64 for expense reimbursement. In accordance with the 4th amended Chapter 13 Plan, Counsel will limit the fees paid under the plan to $5,000.00.

Judge Ashely M. Chan
United States Bankruptcy Judge