**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    **Michael L. Horn**

                **Debtor(s)**

**Chapter 13**

**Bankruptcy No. 16-13708-amc**

**CERTIFICATE OF NO RESPONSE**

The undersigned, Michael D. Hess, Esquire, attorney for the Debtors hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Reconsider Relief Order Dated March 26, 2018 and Re-Instate The Bankruptcy Stay and Motion for Reimbursement, which was served upon all parties of interest on March 27, 2018.

Dated: May 7, 2018

                **Burke & Hess**

       **By:**    **/s/ Michael D. Hess**
                **Michael D. Hess, Esquire**
                **1672 Manheim Pike**
                **Lancaster, PA 17601**
                **Phone:  717-391-2911**
                **Fax:     717-391-5808**
                **Attorney for Debtors**