UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-13708 |
| | : | |
| Michael L. Horn | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor(s) | : | |

ORDER

AND NOW, this __8th__ day of __May__ 2018, upon consideration of Debtors' Motion to Reconsider Relief Order dated March 26, 2018 and Re-instate the Bankruptcy Stay and Motion for Reimbursement of Legal Fees to Debtor,

IT IS HEREBY ORDERED, that the Automatic Stay is re-instated; and

    A) that any and all late fees, interest, legal fees, and other charges of any kind related to the stipulation payments are hereby disallowed from the Nationstar claim and the Debtor's mortgage balance; and,

    B) the stay under Section 362 is reinstated; and,

    C) Nationstar Mortgage shall pay the sum of $500.00 to Debtor's counsel for legal fees associated with this Motion within twenty (20) days.

_____
Bankruptcy Judge