United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13708-amc
Michael L. Horn                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer        Page 1 of 1         Date Rcvd: May 08, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
db              #+Michael L. Horn,    612 Cobblestone Lane,    Lancaster, PA 17601-3361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com
      ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
       ecfmail@mwc-law.com
      KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
      MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
      MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
       mary@javardianlaw.com,    tami@javardianlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
      THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                            TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 16-13708
:
Michael L. Horn : CHAPTER 13
:
:
Debtor(s) :

# ORDER

AND NOW, this __8th__ day of __May__ 2018, upon consideration of Debtors' Motion to Reconsider Relief Order dated March 26, 2018 and Re-instate the Bankruptcy Stay and Motion for Reimbursement of Legal Fees to Debtor,

IT IS HEREBY ORDERED, that the Automatic Stay is re-instated; and

    A) that any and all late fees, interest, legal fees, and other charges of any kind related to the stipulation payments are hereby disallowed from the Nationstar claim and the Debtor's mortgage balance; and,

    B) the stay under Section 362 is reinstated; and,

    C) Nationstar Mortgage shall pay the sum of $500.00 to Debtor's counsel for legal fees associated with this Motion within twenty (20) days.

_____
Bankruptcy Judge