## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 16-13708-AMC** |
| **MICHAEL L. HORN** | § | |
| **DEBTOR** | § | |
| | § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **JPMorgan Chase Bank, N.A.** | **7-1** | **xxxx1449** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Name and Address where notices should be sent:**
JPMorgan Chase Bank, N.A.
700 Kansas Ln, Mail Code LA4-555
Monroe, Louisiana 71203
Phone: (866) 289-2717

**Name and Address where payments should be sent:**
Chase
ATTN: HE Payment Processing, Mail Code OH4-7164
3415 Vision Drive
Columbus, Ohio 43219-6009
Phone: (866) 289-2717

Dated: 08/29/2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

3400-N-0356

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 31, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Michael L. Horn
612 Cobblestone Lane
Lancaster, PA 17601-3361

**Debtors' Attorney**
Michael D. Hess
1672 MANHEIM PIKE
LANCASTER, PA 17601-3028

**Chapter 13 Trustee**
William C. Miller, Esq.
Chapter 13 Trustee / P.O. Box 1229
Philadelphia, Pennsylvania 19105

/s/ Paul W. Cervenka
Paul W. Cervenka

3400-N-0356