# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael L. Horn** | : | Case No.: 16-13708-amc |
| | : | |
| | : | |
| **Debtor(s)** | : | |

## PRAECIPE TO CHANGE ADDRESS OF DEBTOR

**TO THE CLERK:**

Kindly change the mailing address of the Debtor, Michael L. Horn, to the following:

>Michael L. Horn
>517 W. Chestnut Street
>Lancaster, PA 17603-3454

>RESPECTFULLY SUBMITTED
>
>BURKE & HESS
>
>**/s/ Michael D. Hess**
>Michael D. Hess, Esquire
>Attorney for Debtor
>1672 Manheim Pike
>Lancaster, PA  17601-3028
>(717) 391-2911