**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:**<br><br>**MICHAEL L. HORN**<br><br><br>**Debtor** | **Chapter 13**<br><br>**Bankruptcy No. 16-13708-amc** |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO: U.S. TRUSTEE, CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

Debtor filed a Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"). Pursuant to the terms of the Motion, the Debtor intends to sell a parcel of real estate owned by the Debtor located at 111 Cobblestone Lane, Lancaster, PA 17601, Lancaster County (the "Premises") for the sum of $138,500.00. If a copy of the Agreement of Sale is not enclosed with this Notice, a copy of the Agreement of Sale can be obtained by contacting counsel to the Debtor, Michael D. Hess at 1672 Manheim Pike, Lancaster, PA 17601, Phone: 717 391-2911, Fax: 717-391-5808.

Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, and must **deliver** a copy to counsel for the Debtor, whose name and address appears below, such that counsel for the Debtor **receives** said copy on or before April 9, 2019.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled to be held before the Honorable Ashely M. Chan on April 23, 2019 at 11:00 a.m. in Courtroom No. 4, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107  In the absence of any answer, objection, or other responsive pleading, the Court may approve the sale requested in Motion.

Dated: March 19, 2019                                                  Michael D. Hess, Esquire
                                                                                          Burke & Hess
                                                                                          1672 Manheim Pike
                                                                                          Lancaster, PA  17601
                                                                                          Phone:  717 391-2911
                                                                                          Fax:      717 391-5808