UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>MICHAEL L. HORN<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 16-13708-amc |
|---|---|

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 111 Cobblestone Lane, Lancaster, PA 17601, Lancaster County to Amrik Singh and Sandeep Mangat for the sum of $138,500.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A, and

IT IS FURTHER ORDERED that the distributions proposed in the Motion are APPROVED.

**Date: April 23, 2019**

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Michael D. Hess**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**

**William C. Miller, Esquire**
**Chapter 13 Trustee**
**1234 Market Street, Suite 1813**
**Philadelphia, PA 19106**

**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Nationstar Mortgage**
**8950 Cypress Waters Blvd.**
**Coppel, TX 75019**

**Kevin Buttery, Esq.**
**c/o RAS Crane LLC**
**1070 Abbot's Bridge Road, Suite 170**
**Duluth, GA 30097**

**First Tennessee Bank, NA**
**PO Box 1469**
**Knoxville, TN 37901**

**Mary F. Kennedy, Esq,**
**Law Offices of Gregory Javardian**
**1310 Industrial Blvd., Ste. 101**
**Southampton, PA 18966**

**Jeffrey Snyder**
**c/o Lusk & Associates**
**Sotheby's International Realty**
**100 Foxshire Drive**
**Lancaster, PA 17601**