United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13708-amc
Michael L. Horn                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1            Date Rcvd: Apr 23, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db             Michael L. Horn,    517 W. Chestnut Street,    Lancaster, PA 17603-3454
13739837      +First Tennessee Bank, National Association,    P.O. Box 1469,   Knoxville, TN 37901-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>MICHAEL L. HORN<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 16-13708-amc |
|---|---|

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 111 Cobblestone Lane, Lancaster, PA 17601, Lancaster County to Amrik Singh and Sandeep Mangat for the sum of $138,500.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A, and

IT IS FURTHER ORDERED that the distributions proposed in the Motion are APPROVED.

**Date: April 23, 2019**

BY THE COURT:

_____
United States Bankruptcy Judge

**Michael D. Hess**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**

**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Nationstar Mortgage**
**8950 Cypress Waters Blvd.**
**Coppel, TX 75019**

**William C. Miller, Esquire**
**Chapter 13 Trustee**
**1234 Market Street, Suite 1813**
**Philadelphia, PA 19106**

**Kevin Buttery, Esq.**
c/o RAS Crane LLC
1070 Abbot's Bridge Road, Suite 170
Duluth, GA 30097

**First Tennessee Bank, NA**
PO Box 1469
Knoxville, TN 37901

**Mary F. Kennedy, Esq,**
**Law Offices of Gregory Javardian**
1310 Industrial Blvd., Ste. 101
Southampton, PA 18966

**Jeffrey Snyder**
c/o Lusk & Associates
Sotheby's International Realty
100 Foxshire Drive
Lancaster, PA 17601