UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 16-13708 |
|    Michael L. Horn | : | |
| | : | CHAPTER 13 |
|             Debtor | : | |

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

To:    Capital One Bank (USA), N.A. by American InfoSource LP as agent

    Debtor, Capital One Bank (USA), N.A. by American InfoSource LP as agent, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

    <u>**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.**</u>  **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

    **IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE ASHELY M. CHAN ON  July 2, 2019 AT 11:00 A. M., IN COURTROOM 4, UNITED STATES BANKRUPTCY COURT, ROBERT N.C. NIX, SR. FEDERAL CPOURTHOUSE, 900 MARKET STREET, PHILADELPHIA, PENNYSLVANIA, 19606.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

                                                                  BURKE & HESS

Date: June 5, 2019                                  <u>/s/ Michael D. Hess</u>
                                                         **Michael D. Hess
1672 Manheim Pike
Lancaster, PA  17601
Attorney of the Debtor**