**Certificate Of Mailing**

From: Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank
c/o Roger Crosby Hochschild, CEO
2500 Lake Cook Road
Riverwoods IL 60015

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13

---

**Certificate Of Mailing**

From: Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank/Discover Products Inc
PO Box 3025
New Albany OH 43054-30[25]

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13

---

**Certificate Of Mailing**

From: Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank/Discover Products Inc.
c/o Amanda Angus, Sr. Bankruptcy Specialist
PO Box 3025
New Albany OH 43054-3025

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13