**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank/Discover Products In
PO Box 3025
New Albany OH 43054-3025

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank/Discover Products Inc
C/o Amanda Dragos Sr Bankruptcy Specialist
PO Box 3025
New Albany OH 43054-3025

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Burke & Hess
Attorneys at Law
1672 Manheim Pike
Lancaster PA 17601

To: Discover Bank
C/o Roger Crosby Hochschild, CEO
2500 Lake Cook Road
Riverwoods IL 60015

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN 05, 19
AMOUNT
$1.45
R2305K142185-13

PS Form 3817, April 2007 PSN 7530-02-000-9065