**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

**Burke & Hess**

**Attorneys at Law**

**1672 Manheim Pike**

**Lancaster PA 17601**

JUN - 5 2019

To: Capital One Bank (USA) NA by
American InfoSource LP as agent
c/o Blake S. Hogan President.
5847 San Felipe Street Ste 1200
Houston TX 77057

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN.05.19
AMOUNT
$1.45
R2305K142185-13

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

**Burke & Hess**

**Attorneys at Law**

**1672 Manheim Pike**

**Lancaster PA 17601**

JUN - 5 20

To: Capital One Bank (USA) NA by
American InfoSource LP As agent
c/o Amanda Matchett, Paralegal
PO Box 71083
Charlotte, NC. 28272-1083

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN.05.19
AMOUNT
$1.45
R2305K142185-13

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

**Burke & Hess**

**Attorneys at Law**

**1672 Manheim Pike**

**Lancaster PA 17601**

JUN

To: Capital One Bank (USA) NA by
American InfoSource LP as agent
PO Box 71083
Charlotte NC. 28272-1083

U.S. POSTAGE PAID
EAST PETERSBURG, PA
17520
JUN.05.19
AMOUNT
$1.45
R2305K142185-13

PS Form **3817**, April 2007  PSN 7530-02-000-9065