United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13708-amc
Michael L. Horn                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
13881342       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              ANDREW M. LUBIN    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com,   tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13708-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael L. Horn
517 W. Chestnut Street
Lancaster PA 17603-3454

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/17/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Federal Home Loan Mortgage Corporation<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/20/19

Tim McGrath
**CLERK OF THE COURT**