## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| **Michael L. Horn** | : | **Case No.  16-13708-amc** |
|  | : |  |
|  | : | **Chapter 13** |

## PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM OF CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT (PROOF OF CLAIM NO. 4-1)

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of Claim #4-1, Capital One Bank (USA), N.A. by American Infosource LP as Agent, which was filed on June 5, 2019, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:     /s/  Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911