# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**  **Michael L. Horn**  **Debtor** | **Chapter 13**  **Bankruptcy No. 16-13708-amc** |

## CERTIFICATE OF NO RESPONSE

The undersigned, Michael D. Hess, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Request for Admissions to Objection to Proof of Claim Number #2, Discover Bank which was served upon all parties of interest on June 5, 2019.

Dated: July 1, 2019

**Burke & Hess**

By:   **/s/ Michael D. Hess**
**Michael D. Hess, Esquire**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**
**Phone:  717 391-2911**
**Fax:     717 391-5808**
**Attorney for Debtor**