UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael L. Horn                             :         Case No.: 16-13708-amc
                                            :
        Debtor                              :
                                            :         Chapter 13

**PRAECIPE TO WITHWRAW OBJECTION TO PROOF OF
CLAIM OF DISCOVER BANK
(PROOF OF CLAIM NO. 2)**

TO THE CLERK:

Kindly withdraw our Objection to Proof of Claim # 2, Discover Bank, which was filed on June 4, 2019, for the above captioned matter without Prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

**/s/ Michael D. Hess**
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911