UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael L. Horn              :        Case No.: 16-13708-amc
                             :
       Debtor                :
                             :        Chapter 13

### PRAECIPE TO WITHWRAW OBJECTION TO PROOF OF CLAIM OF DISCOVER BANK (PROOF OF CLAIM NO. 3)

TO THE CLERK:

Kindly withdraw our Objection to Proof of Claim # 3, Discover Bank, which was filed on June 4, 2019, for the above captioned matter without Prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

/s/ Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911