# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bankruptcy No. 16-13708AMC |
| | : | **Hearing Date, Time & Place** |
| MICHAEL L. HORN | : | **Tuesday, September 24, 2019 at 11:00 a.m.** |
| | : | **Courtroom 4, Bankruptcy Court** |
| | : | **900 Market Street, 2nd Floor** |
| Debtor | : | **Philadelphia, PA** |

## NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

William C. Miller, chapter 13 standing trustee has filed a Trustee's Motion for Order Directing Distribution of Sale Proceeds with the court for the purpose of dismissing this Chapter 13 bankruptcy case for the reason(s) stated in the enclosed motion.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court
    > 900 Market Street - Suite 400
    > Philadelphia, PA 19107

    (b) mail a copy to the movant's attorney:

    > William C. Miller, Esquire
    > Chapter 13 Standing Trustee
    > The Bourse Building
    > P.O. Box 1229
    > Philadelphia, PA 19105
    > Telephone: (215) 627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before Honorable Ashely M. Chan, in Courtroom No. 4, on Tuesday, September 24, 2019 at 11:00 a.m. at U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.