**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MICHAEL L. HORN | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-13708AMC |

**ORDER**

**AND NOW**, this __15th__ day of __October__, 2019, upon consideration of the Motion for Order Directing Distribution of Sale Proceeds filed by William C. Miller, standing trustee, it is hereby

ORDERED, that the Chapter 13 Standing Trustee's Motion for Order Directing Distribution of Sale Proceeds is hereby approved; and it is further

ORDERED, that the Chapter 13 Standing Trustee distribute $23,675 to debtor representing his exemption; and it is further

ORDERED, that the balance of $36,087.63 be distributed to creditors.

_____
HONORABLE ASHELY M. CHAN
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael L. Horn
517 W. Chestnut Street
Lancaster, PA 17603-3454

Michael D. Hess, Esquire
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028