United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-13708-amc
Michael L. Horn                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia         Page 1 of 1              Date Rcvd: Oct 15, 2019
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db              Michael L. Horn,    517 W. Chestnut Street,    Lancaster, PA  17603-3454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Bank (USA), N.A.
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com,    tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
:
   MICHAEL L. HORN :
:
            Debtor : Bankruptcy No.  16-13708AMC

**ORDER**

    **AND NOW**, this __15th__ day of __October__, 2019, upon consideration of the Motion for Order Directing Distribution of Sale Proceeds filed by William C. Miller, standing trustee, it is hereby

    ORDERED, that the Chapter 13 Standing Trustee's Motion for Order Directing Distribution of Sale Proceeds is hereby approved; and it is further

    ORDERED, that the Chapter 13 Standing Trustee distribute $23,675 to debtor representing his exemption; and it is further

    ORDERED, that the balance of $36,087.63 be distributed to creditors.

_____
HONORABLE ASHELY M. CHAN
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Michael L. Horn
517 W. Chestnut Street
Lancaster, PA 17603-3454

Michael D. Hess, Esquire
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028