United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13708-amc
Michael L. Horn                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina       Page 1 of 2              Date Rcvd: Jan 16, 2020
                        Form ID: 138NEW        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db              Michael L. Horn,    517 W. Chestnut Street,    Lancaster, PA 17603-3454
cr             +JPMORGAN CHASE BANK, N.A,    700 Kansas Ln, Mail Code LA4-5555,    Monroe, LA 71203-4774
cr             +JPMORGAN CHASE BANK, N.A.,    700 Kansas Ln,   Mail Code LA4-555,    Monroe, LA 71203-4774
r              +Lusk & Associates,    100 Foxshire Drive,    Lancaster, PA 17601-3986
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Ste 425,    Dallas, TX 75254-8067
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13790743       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13732822        Chase Bank,    PO Box 78420,    Phoenix, AZ 85062-8420
14373757       +Federal Home Loan Mortgage Corporation,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13739837       +First Tennessee Bank, National Association,    P.O. Box 1469,    Knoxville, TN 37901-1469
13735468       +JPMorgan Chase Bank, N.A.,    700 Kansas Ln, Mail Code LA4-555,    Monroe Louisiana 71203-4774
13763151      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13732823        Phelan Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103
13821644       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13732824        Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
13820257        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13732825        Wells Fargo Bank, N.A.,    MAC N9777-112,    PO Box 5169,   Sioux Falls, SD 57117-5169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:06      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13746024        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:48:02
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13740135        E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
14343105        E-mail/Text: jennifer.chacon@spservicing.com Jan 17 2020 03:45:15
                 Federal Home Loan Mortgage Corporation,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
13747920        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13881342*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina              Page 2 of 2                  Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW              Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA     on behalf of Creditor    Specialized LoanServicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Bank (USA), N.A.
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. HESS    on behalf of Debtor Michael L. Horn amburke7@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael L. Horn
       Debtor(s)                                            Bankruptcy No: 16−13708−amc
                                                             Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                     For The Court
                                                                   Timothy B. McGrath
                                                                      Clerk of Court

Dated: 1/16/20

                                                                                                     158 − 157
                                                                                 Form 138_new