Certificate Number: 17572-PAE-DE-034084331

Bankruptcy Case Number: 16-13708



17572-PAE-DE-034084331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2020, at 12:26 o'clock PM PST, Michael L Horn completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 12, 2020        By:    /s/Dorianne Santiago

                               Name:  Dorianne Santiago

                               Title: Counselor